EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

MELISSA K. BELL (BAR NO. 312873)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: mbell@allenmatkins.com

Attorneys for Plaintiff
Krista L. Freitag, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KRISTA L. FREITAG, COURT APPOINTED PERMANENT RECEIVER FOR PENSION FUNDING, LLC, PENSION INCOME, LLC AND THEIR SUBSIDIARIES, AFFILIATES AND SUCCESSORS-IN-INTEREST,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL L. PFEIFER,<br><br>Defendant. | Case No. 8:17-cv-00911-JLS-JCGx<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Josephine L. Staton<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**<br><br>Complaint Filed: May 25, 2017 |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT

Plaintiff Krista L. Freitag, Court Appointed Permanent Receiver For Pension Funding, LLC, Pension Income, LLC and their subsidiaries, affiliates and successors-in-interest hereby requests a default judgment against defendant Paul L. Pfeifer under Rule 55(b)(1) of the Federal Rules of Civil Procedure.

1. <u>Entry of clerk's default</u>:  A request for entry of clerk's default for failure to respond or appear was filed herein on June 30, 2017.

2. <u>Proof required for clerk's judgment</u>:  The declaration of Krista L. Freitag filed herewith establishes proof of: (a) a sum certain due and owing plaintiff Krista L. Freitag, Court Appointed Permanent Receiver For Pension Funding, LLC, Pension Income, LLC and their subsidiaries, affiliates and successors-in-interest by said defendant Paul L. Pfeifer; (b) pursuant to a contract or statutory claim; (c) that defendant is not in military service and is neither a minor nor an incompetent person; and (d) costs properly awardable by the clerk.

3. <u>Prejudgment Interest</u>:  The prejudgment interest was calculated by multiplying the amount of the requested judgment ($123,090.68) by 10%, and dividing the resulting amount by 365 to arrive at a daily amount of interest.  That amount is $33.72.  This interest amount is then multiplied by 906—the number of days between the date that defendant Daniel Nevins defaulted on his payments (February 6, 2015) and July 31, 2017, the date this application was filed—for a total of $30,550.32.

4. <u>Judgment to be entered</u>:

   Damages ........................................ $123,090.68

   Prejudgment Interest......................... $30,550.32

   Total............................................. $153,641.00

1 | Dated: July 31, 2017

ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
EDWARD G. FATES
MELISSA K. BELL

By: /s/ Melissa K. Bell
MELISSA K. BELL
Attorneys for Plaintiff
Krista L. Freitag, Receiver