EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

MELISSA K. BELL (BAR NO. 312873)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: mbell@allenmatkins.com

Attorneys for Plaintiff
Krista L. Freitag, Receiver

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| KRISTA L. FREITAG, COURT APPOINTED PERMANENT RECEIVER FOR PENSION FUNDING, LLC, PENSION INCOME, LLC AND THEIR SUBSIDIARIES, AFFILIATES AND SUCCESSORS-IN-INTEREST,<br><br>            Plaintiff,<br><br>      vs.<br><br>PAUL L. PFEIFER,<br><br>            Defendant. | Case No. 8:17-cv-00911-JLS-JCGx<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Josephine L. Staton<br><br>[PROPOSED] **DEFAULT JUDGMENT BY CLERK**<br><br>Complaint Filed: May 25, 2017 |

1156879.01/OC

1  Upon review of the Court's file in the above-entitled action, and it appearing
2  that Defendant Paul L. Pfeifer ("Defendant"), having been served with process, the
3  default of Defendant having been duly entered by this Court on June 30, 2017, AND
4  GOOD CAUSE APPEARING THEREFORE:

5  THE CLERK HEREBY FINDS AS FOLLOWS:

6  Plaintiff Krista L. Freitag, court appointed permanent receiver for Pension
7  Funding, LLC, Pension Income, LLC and their subsidiaries, affiliates and
8  successors-in-interest ("Plaintiff") shall recover against Defendant the following:

9      (a)    Judgment of $123,090.68;
10     (b)    Prejudgment Interest of $30,550.32

11  THEREFORE, Defendant Paul L. Pfeifer shall pay Plaintiff Krista L. Freitag,
12  court appointed permanent receiver for Pension Funding, LLC, Pension Income,
13  LLC and their subsidiaries, affiliates and successors-in-interest the total sum of
14  $153,641.00.

18  Dated:  AUGUST 4, 2017

Clerk of the United States District Court
Central District of California